OPINION — AG — ** FIRE PROTECTION DISTRICT — REAL PROPERTY — ACQUISITION ** THE BOARD OF DIRECTORS OF A FIRE PROTECTION DISTRICT MAY EXPEND AVAILABLE FUNDS OF THE DISTRICT FOR THE PURCHASE OF REAL PROPERTY AND CONSTRUCTION OF A BUILDING THEREON, IN CONFORMITY WITH ITS DUTIES UNDER 19 O.S. 901.7 [19-901.7], TO MANAGE AND CONDUCT THE BUSINESS OF SUCH DISTRICT, WITHOUT FIRST SUBMITTING A PROPOSAL FOR SUCH EXPENDITURE TO A VOTE OF THE PEOPLE. (COUNTY OFFICERS, BUILDING, CONSTRUCTION, LEVY, ELECTION, DEBT, BONDS, ISSUE) CITE: 19 O.S. 901.1 [19-901.1], 19 O.S. 901.7 [19-901.7], 19 O.S. 901.14 [19-901.14], 19 O.S. 901.15 [19-901.15], 19 O.S. 16 [19-16], 19 O.S. 19 [19-19] (SUSAN BRIMER AGOSTA)